# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

   vs.                            :  CASE NO. CR-1-01-071

**CECIL R. CROUCHER,**

      Defendant.

## SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                                GREGORY G. LOCKHART
                                               United States Attorney

                                               s/Deborah F. Sanders
                                             DEBORAH F. SANDERS  #0043575
                                             Assistant United States Attorney
                                             303 Marconi Blvd., Suite 200
                                             Columbus, Ohio 43215
                                             (614) 469-5715

**CERTIFICATE OF SERVICE**

     I hereby certify that on   August 30, 2007, I electronically filed the foregoing Satisfaction of Criminal Imposition with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Cecil R. Croucher, 6306 Amber Court, Mason, Ohio 45050.

                                                   s/Deborah F. Sanders
                                                   Deborah F. Sanders (0043575)
                                                   Assistant United States Attorney